**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| ROBIN ADES, | ) | CAUSE NO. 1:10-CV-0308-LJM-TAB |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MENTOR WORLDWIDE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT MENTOR WORLDWIDE LLC'S AMENDED CORPORATE DISCLOSURE STATEMENT**

Defendant Mentor Worldwide LLC ("Mentor") hereby submits this Amended Corporate Disclosure Statement pursuant to Fed.R.Civ.P. 7.1. The undersigned counsel of record for Mentor, hereby certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

Mentor Corporation, a Minnesota corporation with its principal place of business in California, merged with and into Mentor Worldwide LLC, a limited liability company organized and existing under the law of the State of Delaware, effective December 4, 2009. Mentor Worldwide LLC's principal place of business remains in California. Ethicon, Inc. is Mentor Worldwide LLC's parent company and owns 100% of the shares of Mentor Worldwide LLC. Ethicon, Inc. is a wholly-owned subsidiary of Johnson & Johnson, which is publicly traded on the New York Stock Exchange.

CLI-1791736v1

2

FROST BROWN TODD LLC


By: */s/ Carl W. Butler*
    Carl W Butler, #25512-29
    *cbutler@fbtlaw.com*
    FROST BROWN TODD L.L.C.
    201 North Illinois Street, Suite 1900
    Indianapolis, IN 46204-4236
    Telephone:  (317) 237-3800
    Facsimile:  (317) 237-3900

    OF COUNSEL:
    John Q. Lewis, Esq.
    *jqlewis@jonesday.com*
    Dustin B. Rawlin, Esq.
    *dbrawlin@jonesday.com*
    JONES DAY
    North Point
    901 Lakeside Avenue
    Cleveland, OH  44114-1190
    Telephone:  (216) 586-3939
    Facsimile:  (216) 579-0212

    Attorneys for Defendant Mentor Worldwide LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of April, 2010, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

David B. Allen
COHEN & MALAD
One Indiana Square, Suite 1400
Indianapolis, IN  46204

Service of the foregoing was made by placing a copy of the same into the United States Mail, first class postage prepaid, this 2nd day of April, 2010, addressed to:

Henry G. Garrard, III, Esq.
Blasingame, Burch, Garrard & Ashley, P.C.
P.O. Box 832
Athens, GA 30603

                */s/ Carl W. Butler*
                Carl W. Butler

FROST BROWN TODD LLC
201 N. Illinois St., Suite 1900, P.O. Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
cbutler@fbtlaw.com

896106_1